**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sheena Savannah Ann Spoon and Earl Wayne Hitt,
Defendants,

Of whom Sheena Savannah Ann Spoon is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-002409

---

Appeal From Pickens County
Thomas T. Hodges, Family Court Judge

---

Unpublished Opinion No. 2018-UP-363
Submitted August 20, 2018 – Filed August 30, 2018

---

**AFFIRMED**

---

Mary Elizabeth Parrilla, of The Parrilla Law Firm, LLC, of Anderson, for Appellant.

Julie Mahon Rau, of the South Carolina Department of Social Services, of Pickens, for Respondent.

Steven Luther Alexander, of Alexander Law Firm, LLC, of Pickens, for the Guardian ad Litem.

---

**PER CURIAM:**  Sheena Savannah Ann Spoon appeals from the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Spoon's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.